IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| RONALD HILLS | : | |
| | : | No. 08-654-1 |

**ORDER**

**AND NOW**, this 8th day of August, 2009, upon consideration of the Defendant Ronald Hills's Motion to Sever Counts of the Superseding Indictment (Docket No. 37) and the Government's Response thereto (Docket No. 40) and following oral argument on July 7, 2009, **IT IS ORDERED** that the Defendant's Motion (Docket No. 27) is **GRANTED**. Counts 1 and 2 of the January 15, 2009 Superseding Indictment shall be severed from Counts 3, 4, and 5.

A separate order will be issued in which the dates for these two trials will be designated together with dates for final pretrial conferences for each trial.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE