IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **RONALD HILLS** | : | |
| | : | No. 08-654-1 |

**ORDER**

**AND NOW**, this 25th day of September, 2009, upon consideration of the Government's Motion in Limine to Admit Certain Evidence as Intrinsic or Pursuant to Fed. R. Evid. 404(b) and the Government's Supplemental Motion in Limine to Admit Certain Evidence as Intrinsic or Pursuant to Fed. R. Evid. 404(b) (Doc. Nos. 47 and 55), **IT IS ORDERED** that the Motions are **GRANTED IN PART, DENIED IN PART, AND HELD IN ABEYANCE PENDING TRIAL IN PART** as set forth in the accompanying Memorandum.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE