IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES of AMERICA | : | CRIMINAL Nos. |
| | : | 08-654-1 |
| v. | : | 08-654-2 |
| | : | |
| RONALD HILLS and | : | |
| SHEREE GETER-HILLS | : | |

**O R D E R**

**AND NOW**, this 22nd day of December, 2009, upon consideration of Defendant Sheree Geter-Hills' Motion In Limine to Suppress Evidence (Docket No. 98), and her Motion In Limine Regarding the Admissibility of Co-Defendant Ronald Hills' Statement (Docket No. 104), it is hereby **ORDERED** that:

**I.** The Motion In Limine to Suppress Evidence is **DENIED** in full.

**II.** The Motion In Limine Regarding the Admissibility of Co-Defendant Ronald Hills' Statement is **GRANTED**, insofar as Ms. Geter-Hills seeks to introduce Mr. Hills' statements as evidence of Mr. Hills' knowledge and ownership of the contraband; and the Motion is held in **ABEYANCE** insofar as Ms. Geter-Hills seeks to introduce Mr. Hills' statements for other purposes, including to show that Ms. Geter-Hills was not a joint owner of the contraband.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE