IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES of AMERICA | : | CRIMINAL |
| --- | --- | --- |
| v. | : | No. 08-654 |
| RONALD HILLS | : | |

**O R D E R**

**AND NOW**, this 24th day of September, 2010, upon consideration of Defendant Ronald Hills' Motion for Acquittal (Docket No. 180) and Motion for a New Trial (Docket No. 181), it is hereby **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE