IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| RONALD HILLS | : | No. 08-654 |
| | : | |

## ORDER

**AND NOW**, this 16th day of February, 2021, upon consideration of Mr. Hills's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 283), the Government's Response in Opposition (Doc. No. 285), and Mr. Hills's Reply in Support of his Motion (Doc. No. 292), it is **ORDERED** that the Motion (Doc. No. 283) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE