IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| RONALD HILLS | : | No. 08-654-1 |
| | : | |

**ORDER**

**AND NOW**, this 2nd day of September, 2022, upon consideration of Petitioner Ronald Hills's Motion to Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 274), the Notice of Authority Governing *Johnson/Davis* Claim in Amended 28 U.S.C. § 2255 Motion (Doc. No. 281), and the Government's Response to the Motion (Doc. No. 298), it is **ORDERED** that:

1. The Motion (Doc. No. 274) is **DENIED** for the reasons set forth in the Court's Memorandum Opinion; and

2. No certificate of appealability will issue because reasonable jurists would not disagree with this denial of Mr. Hills's Motion.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE